LEROY I. PETTIT, RESPONDENT, v. C. W. PRITCHARD COMPANY, INC., APPELLANT.

Submitted March 22, 1920—Decided June 14, 1920.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"The question is purely one of fact, and we cannot disturb the finding of the trial court.

"The consideration for the contract was the agreement of the plaintiff to continue in the defendant's employ when he was under no obligation to do so. Mr. Pritchard told him to go when he first suggested leaving, and there seems to have been no contract to keep him, except the new one then made on which plaintiff now relies.

"Let judgment be entered for the plaintiff."

For the appellant, *Charles E. S. Simpson.*

For the respondent, *John A. Hartpence.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 12.

*For reversal*—None.